1036

[No. 65388-1-I.   Division One.   August 16, 2010.]

*In the Matter of the Personal Restraint of* JAVIER PLANCARTE-HARRISON, *Petitioner.*

Petition for relief from personal restraint. Petition *granted* and case *remanded* by unpublished per curiam opinion.

[No. 38408-6-II.   Division Two.   August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WALLACE SCHOEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04189-5, Ronald E. Culpepper, J., entered September 22, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., dissenting.

[No. 38585-6-II.   Division Two.   August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. PETRONILO CIFUENTES-VICENTE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00927-1, Diane M. Woolard, J., entered November 6, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38690-9-II.   Division Two.   August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE ANTHONY MURPHY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04577-7, John R. Hickman, J., entered November 21, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.